UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 18-111 |
| DANIEL JUSTIN MAHAN | SECTION "S" |

ORDER AND REASONS

**IT IS HEREBY ORDERED** that Daniel Justin Mahan's **Motion for Leave to Amend** (Rec. Doc. 76) is **GRANTED.**

**IT IS FURTHER ORDERED** that the motion to reconsider is **DENIED**.

BACKGROUND

The facts of this case have been set forth in prior orders of this court and are not repeated here. On March 12, 2021, this court denied Mahan's Motion to Vacate Under 28 U.S.C. § 2255 with prejudice for failure to establish ineffective assistance of counsel and failure to show that his plea was not voluntarily, knowingly, and intelligently made. On March 22, 2021, this court denied Mahan's request for a certificate of appealability due to his failure to make a substantial showing of a denial of a constitutional right. Mahan's instant motion for leave to amend was postmarked March 22 and was received by the clerk of this court on March 26, 2021. Because it was filed subsequent to the ruling denying his previous motion, this court construes this filing as a motion for reconsideration.

ANALYSIS

Mahan's motion does not add any new facts or law. In this court's March 12, 2021, Order and Reasons, the court considered and rejected the exact argument that Mahan urges in this motion.

At rearraignment, Mahan stated that he was not pleading guilty due to any non-plea promises of leniency or threats. He was able to correctly list the medications that

1

> he was taking, stated he was not under the influence of anything else, and stated that he was still able to understand the proceedings.

Rec. Doc. 73 at p. 2-3 (internal citations and quotations omitted). At rearraignment, Mahan told the court he was on Flexeril and other medications, and had no difficulty understanding the proceedings.

> THE COURT: Are you taking medication?
> THE DEFENDANT: Yes, ma'am.
> THE COURT: What kind?
> THE DEFENDANT: Celexa is for depression.
> They have me on Ibuprofen and Tylenol and Flexeril. I
> had surgery on my jaw on Monday.
> THE COURT: Are the prescriptions that
> you're taking making it difficult for you to focus or
> to concentrate?
> THE DEFENDANT: No, ma'am.
> THE COURT: Do you understand the
> proceedings that we're having here today?
> THE DEFENDANT: Yes, ma'am.

Rec. Doc. 49 (4:11-23).

Mahan's motion does not provide arguments or evidence that change this court's analysis rejecting Mahan's claim that a muscle relaxer rendered him unable to understand the proceedings. Mahan's responses during the court's thorough plea allocution establishes that his plea was voluntarily, knowingly, and intelligently entered. See Taylor v. Whitley, 933 F.2d 325, 329 (5th Cir. 1991). Accordingly,

**IT IS HEREBY ORDERED** that Daniel Justin Mahan's **Motion for Leave to Amend** (Rec. Doc. 76) is **GRANTED.**

**IT IS FURTHER ORDERED** that the motion to reconsider is **DENIED**.

New Orleans, Louisiana, this 18th day of May, 2021.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE